IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK ORLANDO<br>(BOP Register No. 46055-424),<br><br>Plaintiff,<br><br>V.<br><br>CHIEF U.S. MARSHAL, ET AL.,<br><br>Defendants. | § § § § § § § § § § § | No. 3:16-CV-1425-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22 day of June, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE